IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-1356-DWB |
| ) | |
| $31,323.00 IN UNITED STATES ) | |
| CURRENCY, More or less, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DISPOSITION ORDER FOR RETURNED PROPERTY

The Court has previously ordered the United States to return to claimant, Ryon Sullivent, $13,423.00 of defendant $31,323.00 in U.S. Currency, more or less (Docs. 34, 35). The claimant orally requests that such payment by the government be made payable to the Thomas C. Boone Trust Account. The government does not object.

THEREFORE, IT IS HEREBY ORDERED that the United States Marshal shall return $13,423.00 of defendant $31,323.00 to claimant, the payment shall be made payable to the Thomas C. Boone Trust Account, and the payment shall be mailed to Thomas C. Boone, Attorney at Law, P.O. Box 711, Hays, Kansas 67601.

IT SO ORDERED.

Dated this 9th day of June, 2008.

    s/ DONALD W. BOSTWICK
DONALD W. BOSTWICK
UNITED STATES MAGISTRATE JUDGE